IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00713-D-RN

| | |
|---|---|
| GREGORY ALLEN | ) |
| | ) |
| | ) **ORDER TO STAY PROCEEDINGS** |
| | ) |
| v. | ) |
| | ) |
| STORR OFFICE ENVIRONMENTS, INC. | ) |
| | ) |
| | ) |

Pursuant to the joint motion of the parties, IT IS HEREBY ORDERED that this matter is stayed for ninety (90) days through and including May 20, 2025.

SO ORDERED. This the __21__ day of February, 2025.

JAMES C. DEVER III
United States District Judge