IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00713-D-RN

| | |
|---|---|
| GREGORY ALLEN | )<br>)<br>) **ORDER TO STAY PROCEEDINGS**<br>) |
| v. | )<br>)<br>) |
| STORR OFFICE ENVIRONMENTS, INC. | )<br>)<br>) |

Pursuant to the joint motion of the parties, IT IS HEREBY ORDERED that this matter is stayed for sixty-one (61) days through and including July 21, 2025.

SO ORDERED. This the **21** day of May, 2025.

JAMES C. DEVER III
United States District Judge