UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GREGORY ALLEN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>STORR OFFICE ENVIRONMENTS, INC.,<br><br>　　　　　　　　Defendant. | Case No. 5:24-cv-00713-D-RN |

## JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY

　　　　Plaintiff Gregory Allen and Defendant Storr Office Environments, Inc. (collectively, the "Parties"), hereby notify the Court that they have reached a class-wide settlement in principle which will resolve this case in its entirety. The settlement will require Court approval pursuant to Federal Rule of Civil Procedure 23.

　　　　To allow the Parties sufficient time to finalize the terms of a formal class action settlement agreement and prepare the motion for preliminary approval and supporting materials, the Parties respectfully request that the Court stay all case deadlines for 45 days. Within that period, the Parties anticipate filing a motion for preliminary approval, or, if additional time is needed, submitting a joint status report advising the Court of their progress and the anticipated filing date.

Dated: October 9, 2025

/s/ *Ruth A. Sheehan*
Ruth A. Sheehan, NC Bar No. 48069
Joel R. Rhine, NC Bar No. 16028
Rhine Law Firm, P.C.
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960

Dated: October 9, 2025

/s/*Michael Jervis*
Michael Jervis
Matthew Reid
Mullen Coughlin LLC
426 W. Lancaster Ave, Suite 200
Devon, PA 19333
Telephone: (267) 930-4498

1

ras@rhinelawfirm.com　　　　　　　　　　Email: mjervis@mullen.law
jrr@rhinelawfirm.com　　　　　　　　　　Email: mreid@mullen.law

*Counsel for Plaintiff and the Proposed Class*　　*Attorney for Defendant*

/s/ Donavan Hylarides
Donavan J. Hylarides
Craige Jenkins Liipfert & Walker, LLP
110 Oakwood Drive, Suite 300
Winston-Salem, NC 27103
336-917-3243
Fax: 336-725-7876
dhylarides@craigejenkins.com
NC Bar. No. 44487

*Local Civil Rule 83.1(d) Attorney for Defendant*

# CERTIFICATE OF SERVICE

    I, Joel R. Rhine, hereby certify that on October 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 9th day of October, 2025.

                            RHINE LAW FIRM, P.C.

                         By: */s/ Joel R. Rhine*
                               Joel R. Rhine, NC Bar No. 16028
                               Rhine Law Firm, P.C.
                               1612 Military Cutoff Road, Suite 300
                               Wilmington, NC 28403
                               Telephone: (910) 772-9960
                               jrr@rhinelawfirm.com