# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
No. 5:24-cv-00713-D-RN

| | |
|---|---|
| GREGORY ALLEN, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STORR OFFICE ENVIRONMENTS, INC., | ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF'S UNOPPOSED
## MOTION FOR ATTORNEY FEES, COSTS, AND SERVICE AWARD

Plaintiff Gregory Allen ("Plaintiff" or "Class Representative") respectfully moves the Court to approve an award of attorney's fees in the amount of $145,000.00 (the "Fee Award") and a service award of $4,000.00 (the "Service Award"), as contemplated by the Settlement Agreement between Plaintiff and Defendant Storr Office Environments, Inc. ("Defendant").

DATE: March 11, 2026

Respectfully submitted,

By: */s/Ruth A. Sheehan*
Ruth A. Sheehan,

Ruth Sheehan, NC Bar No. 48069
Joel R. Rhine, NC Bar No. 16028
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
T: (910) 772-9960
ras@rhinelawfirm.com
jrr@rhinelawfirm.com

Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**

1

980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
cmiller@straussborrelli.com

*Attorneys for Plaintiff and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATE: March 11, 2026

                Respectfully submitted,

                By: */s/ Ruth A. Sheehan*
                      Ruth A. Sheehan

2

Case 5:24-cv-00713-D-RN     Document 25     Filed 03/11/26     Page 2 of 2