**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
No. 5:24-cv-00713-D-RN

| | |
|---|---|
| GREGORY ALLEN, on behalf of himself and all others similarly situated, | ) |
| Plaintiff, | ) |
| v. | ) |
| STORR OFFICE ENVIRONMENTS, INC., | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

Plaintiff Gregory Allen, individually and on behalf of others similarly situated ("Plaintiff"), hereby moves this Court to:

1. Grant final approval to the Settlement described in the Settlement Agreement between Plaintiff and Storr Office Environments, Inc. ("Defendant" or "Storr") as fair, reasonable, and adequate;

2. Finally certify the Settlement Class pursuant to Rule 23;

3. Finally approve the appointment of Plaintiff as Class Representative;

4. Finally approve the appointment of Cassandra P. Miller of Strauss Borrelli PLLC as Class Counsel;

5. Grant Plaintiff's Unopposed Motion for Attorney Fees, Costs, and Service Award filed on March 30, 2026 (Dkt. 25);

This Motion is based upon: (1) this Motion; (2) the Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement; (3) the Settlement Agreement; (4) the Preliminary Approval Order (Dkt. 23); (5) the [Proposed] Final Approval Order and Judgment; (6)

the records, pleadings, and papers filed in this action; and (7) such other documentary and oral evidence or argument at or prior to the hearing on this Motion scheduled for July 1, 2026.

For the reasons set forth in Plaintiff's Memorandum of Law in Support of this Motion, Plaintiff respectfully requests that the Court grant this Motion and enter the accompanying Proposed Final Approval Order and Judgment.

Dated: June 16, 2026


By: /s/ *Ruth Sheehan*
Ruth A. Sheehan, NC Bar No. 48069
Joel R. Rhine, NC Bar No. 16028
Rhine Law Firm, P.C.
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
ras@rhinelawfirm.com
jrr@rhinelawfirm.com

Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Tel: (872) 263-1100
Email: cmiller@straussborrelli.com

*Counsel for Plaintiff and Proposed Settlement Class*